# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

138530 & (49)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ENGEL MANAGEMENT, INC., LARRY JAMES
ENGEL, LISA M. ENGEL, and JAMES ENGEL,
      Plaintiffs-Appellants,

v

FORD MOTOR CREDIT COMPANY,
      Defendant-Appellee.

SC: 138530
COA: 279868
Wayne CC: 06-603319-CB

_____/

      On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the February 12, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

Clerk

s0720